IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAJ SINGH;
SUMAN MEHTA,

        Plaintiffs,                No. CIV 11-0679 JAM EFB PS

    vs.

STEPHEN LIPWORTH;
STEVEN FINLEY,

        Defendants.            <u>ORDER</u>

                            /

       This case, in which plaintiffs are proceeding *in propria persona* and *in forma pauperis*, was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1) and Eastern District of California Local Rule 302(c)(21). On June 1, 2011, the undersigned dismissed plaintiffs' first amended complaint pursuant to 28 U.S.C. § 1915(e)(2), but provided plaintiffs thirty days to file a second amended complaint. Dckt. No. 6.

       On July 1, 2011, plaintiffs filed a motion for a thirty day extension of time to file a second amended complaint. Dckt. No. 7. Plaintiffs contend that they need an extension of thirty days "so that they can cure the defects with the help of an attorney." *Id.*

////

////

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. Plaintiffs' request for an extension of time to file a second amended complaint, Dckt.
3  No. 7, is granted.

4  2. Plaintiffs have until August 8, 2011 to file a second amended complaint, as provided
5  in the June 1, 2011 order. The second amended complaint must bear the docket number assigned
6  to this case and must be labeled "Second Amended Complaint." Failure to timely file a second
7  amended complaint in accordance with this order will result in a recommendation this action be
8  dismissed.

9  DATED: July 8, 2011.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2